**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | 07-04077M-001-PCT-MEA |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LISA CELESTE VAN PATTEN, ) | |
| Defendant. ) | |

The defendant appeared in court with counsel. The defendant has reserved her right to a probable cause hearing in the prosecuting district. The defendant's detention hearing was held in the District of Arizona..

IT IS ORDERED that the defendant is detained as a flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show she is not a flight risk or danger.

DATED this 27th day of March, 2007.

_____
Mark E. Aspey
United States Magistrate Judge